No. 4252.—Pueblo, apldo., v. Otero et al., apltes.—C. D. Arecibo. Marzo 5, 1931.

Revocada la sentencia y absueltos los acusados de acuerdo con la doctrina establecida en *El Pueblo de Puerto Rico,* demandante y apelante, v. *Luciano Fuertes,* acusado y apelado, No. 4289 (ante, pág. 891.)

Los Jueces Presidente Señor del Toro y Asociado Señor Aldrey están conformes con la revocación de la sentencia

apelada por los motivos consignados en la opinión concurrente emitida en dicho caso No. 4289.